## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 13 Case 09-60347** |
| | ) | |
| **Randy L. Williams,** | ) | |
| **Nancy M. Williams,** | ) | |
| | ) | |
| **Debtor(s).** | ) | |

## NOTICE OF MODIFIED CHAPTER 13 PLAN AFTER CONFIRMATION

The Debtor(s) has filed a modification of the plan in this case, as shown on the copy attached hereto.

This modification may result in a reduction of the dividend to unsecured creditors. Secured and priority creditors may also be affected as shown in the modified plan.

Any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the as plan modified, unless the modification provided for a change in the rights of such holder from which such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection.

If you have legal grounds to object to the modified plan, or if you wish the Court to consider your views on the plan, you must file a written objection to the modified plan with the Clerk of the Bankruptcy Court before the expiration of twenty-one (21) days from the date stated in the certificate of service.

If you mail your objection to the Court, you must mail it early enough so that it will be received within the time referenced above.

Any request for hearing must also be mailed to the moving party.

If a timely request is filed, you will receive notice of the date, time and place of hearing.

If you or your attorney do not take these steps, the Court will decide that you do not oppose the modified plan and will enter an order confirming the plan as modified.

Dated:  September 2, 2010

_____
JUDSON C. HILL, Ga. Bar #354277
Attorney for Debtors

United States Bankruptcy Court
Southern District of Georgia
*(Form.mac.11/04)*

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 13 Case 09-60347** |
| | ) | |
| **Randy L. Williams,** | ) | |
| **Nancy M. Williams,** | ) | |
| | ) | |
| **Debtor(s).** | ) | |

## MODIFIED CHAPTER 13 PLAN AFTER CONFIRMATION

1.    The Debtor(s) hereby modify the plan confirmed previously in this case in the following respects:

   (a.)    Increase payments as follows: N/A

   (b.)    Reduce payments as follows:

   (c.)    Surrender the following property:

| CREDITOR | COLLATERAL | AMT OF SECURED CLAIM |
|---|---|---|
| **Queensborough Bank** | **.662 acres, transmission shop, equipment, etc.** | **Partial Satisfaction – Allow Unsecured Deficiency Claim** |

   (d.)    Other provisions:

2.    Debtor(s) asserts as the basis for the modification, the following facts:

   **Debtors cannot afford to maintain debt service on this loan.**

3.    Except as provided herein, all terms of the plan as previously confirmed remain in full force and effect.

/s/ Randy L. Williams
DEBTOR

/s/ Nancy M. Williams
DEBTOR

Dated:    September 2, 2010

# United States Bankruptcy Court
## For the Southern District of Georgia

In the matter of:                          }
Randy L. Williams                          }        CHAPTER 13
Nancy M. Williams                          }        CASE NO.   09-60347
              Debtors                         }

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the **Modified plan after**

**Confirmation and Notice of Modified plan** to the parties outlined below in Exhibit "A" pursuant to Local

ECF Rule 9, and I have this day served all interested parties outlined below in Exhibit "B" as required by

the Local Bankruptcy Rules, by placing a copy of said documents in the United States Mail with adequate

postage thereon to insure prompt delivery:

This 2nd day of September, 2010.


_____
KAREN D. TAGGART, PARALEGAL


Post Office Box 8012
Savannah, Georgia 31412
(912) 232-0203


EXHIBIT "A"

Huon Le, Chapter 13 Trustee


EXHIBIT "B"

See attached list.

Label Matrix for local noticing
113J-6
Case 09-60347-JSD
Southern District of Georgia
Statesboro
Thu Sep  2 14:40:51 EDT 2010

Bank of America/FIA Card Services
Attn:  Bankruptcy Dept/CREDIT CARDS
1000 Samoset Drive
Newark DE 19713-6000


CAPITAL ONE BANK (USA), N.A.
C/O TSYS DEBT MANAGEMENT (TDM)
PO BOX 5155
NORCROSS, GA 30091-5155


Chrysler Financial Services Americas, LLC
c/o Hale, Dewey, and Knight, PLLC
88 Union Avenue, Suite 700
Memphis, Tn 38103-5128


John S. Dalis
Augusta, GA 30901


Discover
Greenwood Trust Co.
P. O. Box 6011
Dover DE 19903


HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083


Judson C. Hill
Gastin & Hill
P O Box 8012
Savannah, GA 31412-8012


Joe Manuel Lozano Jr.
Brice, Vander Linden & Wernick, PC
9441 LBJ Freeway, Suite 350
Dallas, TX 75243-4652


NCO Financial
P. O. Box 15270
Wilmington DE 19850-5270


Allied Interstate
P. O. Box 1954
Southgate MI 48195-0954


Bank of the West
1450 Treat Blvd
Walnut Creek, CA 94597-7579


Capital One
Attn:  Bankruptcy Dept
P.O. Box 5155
Norcross GA 30091-5155


Creditors Interchange
80 Holtz Drive
Buffalo NY 14225-1470


Dennis E. Henry, Esq.
1427 Roswell Road
Marietta GA 30062-3668


East Georgia Regional Medical Center
P.O. Box 1048
Statesboro GA 30459-1048


(p)HSBC BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 5213
CAROL STREAM IL 60197-5213


JCP/GEMB
P.O. Box 981131
El Paso TX 79998-1131


Richard B. Maner
Richard B. Maner, P.C.
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA 30328-5380


NCO Financial Services
P. O. Box 15456
Wilmington DE 19850-5456


(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847


Patti H. Bass
Bass & Associates, PC
3936 E Ft Lowell Rd, Ste 200
Tucson, AZ 85712-1083


Chrysler Financial Services
1100 Manor Drive
Chalfont, PA 18914-2252


DISCOVER BANK
DFS SERVICES LLC
PO BOX 3025
NEW ALBANY, OHIO  43054-3025


H. Tucker Dewey
Hale Dewey & Knight
88 Union Avenue
Suite 700
Memphis, TN 38103-5128


FIA Card Services aka Bank of America
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701


Jeffrey M. Harvey
Law Office of Jeffrey Morton Harvey, LLC
504 Screven Street
Post Office Box 466
Louisville, GA 30434-0466


Huon Le
P O Box 2127
Augusta, GA 30903-2127


Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255


National Recovery Agency
2491 Paxton Street
Harrisburg PA 17111-1036

PRA  Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Sears Mc
PO Box 41067
NORFOLK VA 23541-1067

PRA Receivables Management, LLC as agent for
FIA Card Services NA aka Bank of America
PO Box 12907
Norfolk VA 23541-0907


Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541-1067

Queensborough National Bank & Trust Company
Post Office Box 467
Louisville, GA 30434-0467

Queensborough National Bank & Trust Company
Post Office Box 390
Sandersville, GA 31082-0390


Queensborough Ntl Bank and Trust
113 E. Broad Street
Louisville GA 30434-1619

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Screven County Tax Comm.
P. O. Box 86
Sylvania GA 30467-0086


Sears Bankruptcy Center/Citibank USA
PO Box 20363
Kansas City MO 64195-0363

Statesboro Imaging
8 Lester Road.
Statesboro GA 30458-4786

Kandace Charjean Stewart
Hale Dewey & Knight PLLC
88 Union Ave Suite 700
Memphis, TN 38103-5128


Linh K. Tran
B-Line, LLC
2101 Fourth Ave, Ste 1030
Seattle, WA 98121-2317

Nancy M. Williams
1400 River Dr NE
Townsend, GA 31331-4938

Randy L. Williams
1400 River Dr NE
Townsend, GA 31331-4938


Zwicker & Associates
80 Minuteman Road
Andover MA 01810-1008


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


BB&T
Bankruptcy Dept.
P.O. Box 1847
Wilson NC 27894-9965

HSBC/Polrs
P. O. Box 15524
Wilmington DE 19850


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Bank of the West
1450 Treat Blvd
Walnut Creek CA 94597-7579

(d)Chrysler Financial Services Americas, LLC
c/o Hale, Dewey, and Knight,PLLC
88 Union Avenue,Suite 700
Memphis, TN 38103-5128

(d)HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

(d) Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

End of Label Matrix
Mailable recipients    45
Bypassed recipients     4
Total                  49